No. 00–10835. BRUZON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10836. BAUMER v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10837. TIDMORE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10838. WILBURN v. HIGHTOWER ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10839. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10840. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10841. TORRES v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10842. WILSON v. DISTRICT OF COLUMBIA BOARD OF PAROLE ET AL. Ct. App. D. C. Certiorari denied.

No. 00–10843. TOLIVER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10844. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10845. WASSENAAR v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–10846. STILWELL v. WRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10847. RUDD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.